UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ASHLEY PULLEN, :
:
                Plaintiff, : Civil Action No. 19-cv-08843 (AJN)
:
     v. :
:
BRAMSHILL INVESTMENTS, LLC; ART :
DEGAETANO, in his individual and professional :
capacities; and STEPHEN SELVER, in his :
individual and professional capacities, :
:
                Defendants. :
---------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ashley Pullen hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: September 30, 2019        **WIGDOR LLP**
       New York, New York

                                                By: _____
                                                      Douglas H. Wigdor
                                                      Michael J. Willemin
                                                      Julia L. Elmaleh-Sachs

                                              85 Fifth Avenue
                                              New York, NY 10003
                                              Telephone: (212) 257-6800
                                              Facsimile: (212) 257-6845
                                              dwigdor@wigdorlaw.com
                                              mwillemin@wigdorlaw.com
                                              jelmaleh-sachs@wigdorlaw.com

                                              *Attorneys for Plaintiff*