UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashley Pullen,

        Plaintiff,

—v—

Bramshill Investments, LLC, *et al.*,

        Defendants.



19-cv-8843 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 30, 2019, Plaintiff voluntarily dismissed the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 9. On October 2, 2019, the Court scheduled an initial pretrial conference in this matter in error. Dkt. No. 10. Because this case has been dismissed, all scheduled conferences are hereby adjourned.

SO ORDERED.

Dated: October 3, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge